Ronnie J Thomas
Name
4425 11 st NW Albuquerque
n.m. 87107
Address

**FILED**
**UNITED STATES DISTRICT COURT**
**ALBUQUERQUE, NEW MEXICO**

DEC 11 2023

**MITCHELL R. ELFERS**
**CLERK**

---

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

Ronnie J. Thomas , Plaintiff
(Full Name)

v.

Linda Bridge , Defendant(s)

CASE NO. CV 23-1098
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

---

## A.   JURISDICTION

1)   Ronnie J. Thomas , is a citizen of albuquerque n.m
     (Plaintiff)                                      ( State )
who presently resides at 4425 11 st NW albuquerge n.m
                         (Mailing address or place of confinement)
87107                                      .

2)   Defendant Linda Bridge is a citizen of
              (Name of first defendant)
Albuquerque n.m. 87106 , and is employed as
          (City, State)
The Director oF Section 8 .  At the time the claim(s)
          ( Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state law?
Yes ☑   No ☐   If your answer is "Yes", briefly explain:
The Failure to Answer the PlaintiFF "Complaints
By Section 8 policys under Fair housing Act.
and under the "Due process Clause And under the
" Equal Protection Clause the "PlaintiFF Believe the personnel
oF Section 8 Violated his Rights to Due process.

3) Defendant <u>Thea Guerin</u> is a citizen of
(Name of second defendant)

<u>Albuquerque nm 87106, The Depuly Director</u> and is employed as
(City, State)

<u>OF the Section 8 Program</u> .   At the time the claim(s)
( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☑   No ☐   If your answer is "Yes", briefly explain:

By not looking In to the Complained And not Answering the Complained At All when File And By not Following "protocol Section 8 policys. Also "The program manager" Esther Lucero

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

## B.  NATURE OF THE CASE

1) Briefly state the background of your case.

The Plaintiff Reserves the rights to amen to this Complained with any Information he may have along with witnesses and with any documents that I may have.

The Plaintiff was on Federal probation In 2016 "when I was ordered By my Federal probation officer "AAron Givens that was my "Assign probation officer to apply For housing And I Apply to the section 8 program "Around 2017 "or And this Application was done By the Awakening And "mental health And Substance Abuse program my Counselor name I "_____ _____ that Submitted my Section 8 Application By useing Section 8 "Website.

Summary of some accounts And events And Issues For the "Honorable Court to rule on.

The Plaintiff was given A #600. on the Section 8 list And move up on the list to #63 or And was told I would Be given my Section 8 housing Voucher within two months.

Without Any "Notice By Section 8 "I was told By Phone that I would had to "reapply to A new lottery System So I Did apply And I Also tried to Adderss this Matter By Phone with Somebody within the Section8 "Administration And I Also File Complaints with Section 8 with "no resolve As to having my Complaints Answere By Section 8 "policies or By protocol So we Could have this resolve By the Complaint policies.

①

see page ②

## C.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I: By not Completing the Initial Section 8 Application By Section 8 rules And Guide lines And regulations under Fair housing Act.

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Fact had not Answer Any oF the Completeions File on record By Section 8 policys protocols to Be Follow By Section 8 And By Section 8 Breaching of the section 8 Contract.

The PlaintiFF Also reserves the rights to Amend to this Action Also For other relief As to DAmAge's And In there "Individual Capacity's Also.

B)(1)  Count II:

(2)  Supporting Facts:

XE-2 2/78                                    -3-

C)(1)  Count III:

(2)  Supporting Facts:

See supporting documents and exhibits
A - B - C - D - E

D)  PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1)  Have you begun other lawsuits in state or federal court dealing with the same facts
involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐     No ☑     If your answer is "YES", describe each lawsuit.  (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

    a)  Parties to previous lawsuit.

        Plaintiffs:  _____

        Defendants:  _____

    b)  Name of court and docket number:

    c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still
        pending?

    d)  Issues raised:  _____

e) Approximate date of filing lawsuit: _____

f) Approximate date of disposition: _____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ✔ No ☐ If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought.

*Through the Complaint process with no resolve see exhibits A-B-C-D and E File wiht section 8*

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

*To have my section 8*

*To adderss under the Fair housing act Violation not answering the Complaints File to Section 8 and adderss the "~~penalties~~ Parties for not answering the Complaints.*

*The PlaintiFF also Reserve the rights to amend any other damages to this action.*

*To also adderss Individuals In there Individual Capacity.*

*Ronnie Thomas*

_____
Signature of Attorney (if any)

_____
Signature of Petitioner

Attorney's full address and telephone number.

XE-2    2/78                    - 5 -

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at _____ on _____ 20___ .
                      (Location)                       (Date)

_____
(Signature)

XE-2   2/78

– 6 –

*Exhibit - A*

*al*

# Albuquerque Housing Authority

### Document(s) for Housing Specialist

**To / A:** _Thea_

**From / De:** _Ronnie Thomas_

**Receipt#:** _36500_

**Email:** _____

**Date / Fecha:** _10·28·2022_

**Regarding / Referente:** _____

**Phone / Telefono #:** _____

**Notes / Notas:** _formal complaint_

**Receipt Stamp**

OCT 28 '22 PM 12:36



EQUAL HOUSING
OPPORTUNITY AGENCY



White/ Blanco Copy - Client        Pink / Rosado Copy- Front Desk/Recepcion        Canary / Amarillo Copy - Housing Specialist

1

## To Section 8

Ronnie Thomas The Complaint
is amending to the other Complaints
that has Been file on this Matter.

The Plaintiff Beleive That his
Constitutional rights to Due process
has Been Violated By Not following
the applicational rules and regulation
and initial guidelines that we
agreed to under the section 8 Contract
that I agreed to.

The Plaintiff truly Beleive that
When the section 8 record is addressed
that record proper Can show that
Certain individuals tensionly and
with Malice address My application
with Bias intent to Not address

②

to the initial problem and this is the "Initial Contract with section 8.

Therefore the Plaintiff Is asserting his Constitutional rights to have this Matter investigate By the departments that are over section 8 Because I Beleive this issue should not Be address in house.

I am also requesting a Certified written response Back on all of the Complaints.

Sincerely
Ronnie Thomas

Dated on 10-  -22

*Exhibit - B*

## Albuquerque Housing Authority
### Document(s) for Housing Specialist

~~_____~~ ALL SECTION 8

~~_____~~ RONALD THOMAS

Email: JJARDEN@SALUD.UNM.EDU

Receipt#: _____

~~Date / Fecha:~~ 6/5/23

~~Regarding /~~ PRIOR & RECENT COMPLAINTS

~~Phone /~~ ~~Telefono #:~~ SEE BELOW

Notes / Notas: REQUESTING ALL COPIES OF
ALL DOCUMENTATION & COMPLAINTS
REGARDING HIS CASE FROM 2017
TO PRESENT

**Receipt Stamp**

RONALD THOMAS
~~____~~ 531-220-2198

JONATHAN JARDEN CPSW
505-525-1057

EQUAL HOUSING
OPPORTUNITY AGENCY

White/ Blanco Copy - Client      Pink / Rosado Copy- Front Desk/Recepcion      Canary / Amarillo Copy - Housing Specialist

505-737-4058



**ALBUQUERQUE HOUSING AUTHORITY**

## Carolyn Montoya

Senior Office Assistant - Admin

P: 505.764.3935          1840 University Blvd SE



P: 505.764.3915          1840 University Blvd SE

Executive Assistant

## Mundy Petroff

**ALBUQUERQUE HOUSING AUTHORITY**





**ALBUQUERQUE HOUSING AUTHORITY**

## Brian A. Eagan

Attorney

P: 505.764.3951          1840 University Blvd SE



**ALBUQUERQUE HOUSING AUTHORITY**

## Matthew Archuleta

Public Housing Program Manager

P: 505.764.3923          1840 University Blvd SE



**ALBUQUERQUE HOUSING AUTHORITY**

## Thea Guerin

Deputy Director

P: 505.764.3991

# Albuquerque Housing Authority

## Document(s) for Housing Specialist

*Exhibit C*

*al*

To / A: _Thea_

From / De: _Ronnie Thomas_

Receipt#: _36222_

Date / Fecha: _10-14-2022_

Email: _____

Regarding / Referente: _____

Phone / Telefono #: _531·220·2198_

Notes / Notas: _written complaint_

_____

_____

_____

### Receipt Stamp

OCT 14 '22 PM12:52



EQUAL HOUSING
OPPORTUNITY AGENCY



White/ Blanco Copy - Client        Pink / Rosado Copy- Front Desk/Recepcion        Canary / Amarillo Copy - Housing Specialist

# Albuquerque Housing Authority

## Document(s) for Housing Specialist

*al*

To / A: *Thea*

From / De: *Ronnie Thomas*

Receipt#: **36222**

Email:

Date / Fecha: *10-14-2022*

Regarding / Referente:

Phone / Telefono #: *531·220·2198*

Notes / Notas: *written complaint*

**Receipt Stamp**

OCT 14 '22 PM12:52



**EQUAL HOUSING OPPORTUNITY AGENCY**

White/ Blanco Copy - Client      Pink / Rosado Copy- Front Desk/Recepcion      Canary / Amarillo Copy - Housing Specialist

To section 8

To It May Concern

My Name Ronnie J Thomas or Ronald

I am filing This action on section 8

for the following reasons

I Beleive that I has Been discriminated

against.

The plaintiff file for section 8

in 2016 the plaintiff with from

Number 800 on the to Number 62

on the section 8 list and was on

track to receive My section 8 "Voucher

icter waiting for years under that

process and under a fair and

impartial process.

The section 8 process was as

follow you applied and received

a Number on the section 8 list

and Moved up on the list.
then section 8 change there section 8
policies to a lotter system that
Bias and also prejudice and By application.
This above process is unfair to the
minorities Citizens of albuquerque
as exhibited as to population in
albuquerque "White 37% ~~and~~ and Hispanic 37%
Blacks or 3.09%.
So this lottery process favor only
whites and Hispanic population
and is unfair to the Black
population the New lottery process's
and deny Blacks of a fair and
impartial housing process

It should Be Noted that I

have tried to resolve this issue

and Matter with the following

government department

The "Mayor section 8 and the was

rubber Stamp as will as Black Ball

and to prove My point look at

the section 8 records on Me and

the Complaints that I file

with section 8.

I Beleive that section 8 New

policies discrimination and Bias

and prejudice Norm when look in

a fair and impartial way.

Therefore The plaintiff is
requesting the following
relief and damages:
To receive his section 8 Voucher
immediately
For Damages that occurred By
Negligent handing of this above matter
To have a full investigation
into this Matter
This may also Be use as a "Notice of
Civil action under the "due process
"lause and the equal protection Clauses.
Sincerely submitted By
Lonnie or Ronald J Thomas
I am also requesting that this action
lso Be send to Main Branch and
egional offices of section 8 Thank you

To Section 8        10-14-22

This is a amendment to the Complaint that was file on 10-30-22 With No "answer and no resolve.

Therefore

I am requesting that all of my Complaints and letters file Be forward to the "Regional section 8 office for processing.

I am also reserving the right to address the Complaints with a Statement of facts and issues when the Regional office takes over this Matter in a "fair and impartial process.

Religious Discrimination

Sincerely Submitted on 10-14-22 By Ronnie Thomas

Exhibit - E   al

# Albuquerque Housing Authority

## Document(s) for Housing Specialist

To / A: _Complaint_

From / De: _Ronnie/Ronald Thomas_

Email: _____

Regarding /
Referente: _____

Notes / Notas: _written complaint_

_____

_____

_____

Receipt#: _35447_

Date / Fecha: _9-30-2022_

Phone /
Telefono #: _531-220-2198_

### Receipt Stamp

SEP 30 '22 AM10:12



EQUAL HOUSING
OPPORTUNITY AGENCY



White/ Blanco Copy - Client        Pink / Rosado Copy- Front Desk/Recepcion        Canary / Amarillo Copy - Housing Specialist

To section 8

To It May Concern

My Name Ronnie J Thomas or Ronald

I am filing This action on section 8

for the following reasons

I Beleive that I has Been discriminated

against.

The plaintiff file for section 8

in 2016 the plaintiff with from

Number 800 on the to Number 62

on the section 8 list and was on

track to receive My section 8 "Voucher

rcter waiting for years under that

process and under a fair and

impartial process.

The section 8 process was as

follow you applied and received

a Number on the section 8 list

and moved up on the list.

Then section 8 change there section 8

policies to a lotter seystem that

"Bias and also prejudice and By application.

This above process is unfair to the

minorities citizens of albuquerque

as exhibited as to population in

albuquerque "white ~~~~~% and Hispanic
37 %                              37 %

Blacks or 3.09%.

So this lottery process favor only

whites and Hispanic population

and is unfair to the Black

population the new lottery process's

and deny Blacks of a fair and

impartial housing process

It should Be Noted that I
have tried to resolve this issue
and Matter with the following
government department
The "Mayor section 8 and the was
rubber Stamp or will as Black Ball
and to prove My point look at
the section 8 records on Me and
the Complaints that I file
with section 8.
I Beleive that section 8 New
policies discrimination and Bias
and prejudice Norm when look in
a fair and impartial way.

Therefore The plaintiff is
requesting the following
relief and damages:
To receive his section 8 Voucher
immediately
For Damages that occurred By
Negligent handing of this above Matter
To have a full investigation
into this Matter
This May also Be use as a "Notice of
Civil action under the "due process
"lause and the equal protection Clauses.
Sincerely submitted By
Lonnie or Ronald J Thomas
i am also requesting that this action
lso Be send to Main Branch and
egional offices of section 8 Thank you

Exhibit D

al

# Albuquerque Housing Authority

Document(s) for Housing Specialist

To / A: Complaint

From / De: Ronnie/Ronald Thomas

Email: _____

Regarding /
Referente: _____

Notes / Notas: written complaint

_____

_____

_____

Receipt#: 35447

Date / Fecha: 9-30-2022

Phone /
Telefono #: 531-220-2198

Receipt Stamp

SEP 30 '22 AM10:12

EQUAL HOUSING
OPPORTUNITY AGENCY

White/ Blanco Copy - Client          Pink / Rosado Copy- Front Desk/Recepcion          Canary / Amarillo Copy - Housing Specialist

①

To Section 8

Ronnie J. Thomas

The Plaintiff is requesting for a statement of facts as to Not "answering My Complaints file on the section 8 records.

It should Be Noted that section 8 has "Never answer any of My Complaints from 2017 to Now By section 8 policys are policy protocals.*

The plaintiff Beleive that section 8 has "Violated there OR rules and policy and regulation's procedures.

②

Because section 8 has Not try to follow policy" I am requesting that "all Complaints and documents Be forward to the section 8 "regional and "Main Offices of section 8 for there" Inspection. The Plaintiff is "Respectfully requesting that all Complaints along with all "documentation Be send to all "heads of departments of section 8 for "review and a "decisions under the "Due process Clause and equal protection Clauses of



That is Guaranteed to Me
under the Due process Clause
and the Equal protection Clauses
of the United States Constitution.
The plaintiff Beleive that the
total "disregard of the section 8
ploicy; along with the initial
application Not Being follow
By the application that I
signed up under was With Malice
and a Reckless disregard for my
rights under initial Contract.

(4)

The plaintiff Beleive that the "section 8 lottery system" unfair and unconstitutional under the see Fairness doctrine and fair Notice and under the Equal protection Clause and due process Clause for the following reasons.

The process as to the section 8 lottery system is Bias and allow two Classes people to have a unfair advantage over Minority Classes Black or 3.09% and asian or 3.03% and hispanic is 49.2% of the population and white alone percent is 65.6% this is Not a fair process and favors to Classes of people.